IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENYATTA TURPIN | : | CIVIL ACTION |
| v. | : | NO. 13-7094 |
| WARDEN - SCI-SOMERSET, et al | : | |

FILED

JUL 23 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

**AND NOW,** this 23rd day of July, 2014, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 7), the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (Document No. 11) and the petitioner's objections to the Report and Recommendation (Document No. 13), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Wells is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

TIMOTHY J. SAVAGE, J.